B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): *Sanders Tawan Laverne* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *Tawan L Williams* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *8315* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): *513 Gardner Romeoville Ill 60446*  ZIP CODE *60446* | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: *DuPage* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts (Check one box.)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed: *N/A* | | |
| Location | Case Number: | Date Filed: |
| Where Filed: *N/A* | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: *N/A* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _Nawana Sanders_ 5-15-08<br> Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

**Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Jawan L. Sanders*<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>_____<br><br>_____<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>*Jawan Sanders*<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>*513 Gardiner*<br>Address<br>*Romeoville Il 60446*<br><br>X *Jawan L. Sanders*<br>*5-15-08*<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Jawan L. Sanders*<br>Signature of Authorized Individual<br>*Jawan Sanders*<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>*5-15-08*<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B6A (Official Form 6A) (12/07)

In re TAWAN LAVERNE SANDERS
_____,
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | N/A | — | N/A | N/A |
| | | Total▶ | 0 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re TAWAN LAVERNE SANDERS _____,   Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $3.84 cash on hand |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ✓ | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✓ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | TV. 27inch radio CD player 96 mercury Tracer | W.c. | $100.00 $40.00 $300.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✓ | | | |
| 6. Wearing apparel. | ✓ | | | |
| 7. Furs and jewelry. | ✓ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✓ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✓ | | | |
| 10. Annuities. Itemize and name each issuer. | ✓ | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | ✓ | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

*TAWAN LAVERNE SANDERS*

In re _____,                    Case No. _____
              **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ✓ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✓ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ✓ | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✓ | | | |
| 16. Accounts receivable. | ✓ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✓ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ✓ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | ✓ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✓ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✓ | | | |

B 6C (Official Form 6C) (12/07)

In re _TAWAN LAVERNE SANDERS_____,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| N/A | — | — | — |

B 6D (Official Form 6D) (12/07)

In re _TAWAN LAVERNE SANDERS_,                    Case No. _____
               **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ -0- | $ -0- |
| | | | Total ▶ (Use only on last page) | | | | $ -0- | $ -0- |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re _____TAWAN LAVERNE SANDERS_____,   Case No. _____
                    **Debtor**                                      **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| | |
|---|---|
| $   Ø | $   Ø |
| $   Ø | $  Ø |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (12/07) – Cont.

In re Tawan Sanders _____,   Case No. _____
         **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 153927152 ADT Security P.O. Box 371490 Pittsburgh PA 15250 | | Debtor | 4-24-08 | | | | 386.97 | 386.97 | |
| Account No. 335-1112108 The Cash Store 1701 W. Larkin Ste #901 Crest hill Ill 60403 | | Debtor | 3-01-08 | | | | $890.00 | 890.00 | |
| Account No. Payday Loan Store Bolingbrook Ill 60448 | | Debtor | 3-01-08 | | | | $1,400 | 1,400 | |
| Account No. 3701 Americash Loan lenders 1726 Jefferson Joliet Il 60435 | | Debtor | 4-24-08 | | | | 1,041.80 | 1,041.80 | |
| Sheet no. 1 of 13 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $3,718.77 | $3,718.77 | |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ 0 |

B 6E (Official Form 6E) (12/07) -- Cont.

In re TAWAN SANDERS , Case No. _____
_____Debtor_____                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3322 HE Stark Agency 6425 Odana Rd Madison WI 53715 | | Debtor | 2,289 05-2007 Collect account | | | | $2,289 | $2,289 | |
| Account No. 8414 HE STARK Agency 6425 ODANA RD Madison WI 53715 | | Debtor | 04-2007 Collection account | | | | $41.00 | $41.00 | |
| Account No. 6043 Paragon Way 2101 West Ben Autin TX 78704 | | Debtor | 03-2007 Collection account | | | | $305.00 | $305.00 | |
| Account No. 2010 Americollect P.O BOX 1564 Manitowoc WI 54221 | | Debtor | 01-2007 Collection account | | | | $82.00 | $82.00 | |

Sheet no. 2 of 13 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page) $ 2,747 | $ 2,747 |

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

B 6E (Official Form 6E) (12/07) – Cont.

In re TAWAN SANDERS , Case No. _____
_____
Debtor                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2007 Americollect P.O BOX 1566 Manitowoc WI 5421 | | Debtor | 01-2007 Collection agency | | | | ~~$76.00~~ | $76.00 | |
| Account No. 2006 Americollect P.O BOX 1566 Manitowoc WI 5421 | | Debtor | 01-2007 Collection agency | | | | $74.00 | $74.00 | |
| Account No. 2003 Americollect P.O. BOX 1566 Manitowoc WI 5421 | | Debtor | 01-2007 Collection agency | | | | $79.00 | $79.00 | |
| Account No. 2002 Americollect P.O BOX 1566 Manitowoc WI 5421 | | Debtor | 01-2007 | | | | 63.00 | $63 | |

Sheet no. 3 of 13 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page) | $ 292 | $ 292 | 0

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.) | $ | |

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.) | | $ | $

B 6E (Official Form 6E) (12/07) – Cont.

in re _Tawan Sanders_____,    Case No. _____
            Debtor                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2009 <br> Americollect <br> P.O. BOX 1566 <br> Manitowc WI 54221 | | Debtor | 01-2007 Collection Account | | | | $67.00 | $67.— | |
| Account No. 8537 <br> Americollect <br> P.O. BOX 1566 <br> Manitowc WI 54221 | | Debtor | 11-2004 Collection Account | | | | $83.00 | $83.00 | |
| Account No. 9504 <br> HE STARK agency <br> 6425 ODANA <br> Madison WI 53715 | | Debtor | 05 2004 Collection account | | | | $275.00 | $275.00 | |
| Account No. 8536 <br> HE STARK agency <br> 6425 ODANA <br> Madison WI 53715 | | Debtor | 11-2004 Collection account | | | | $288.00 | $288.00 | |

Sheet no. _4_ of _13_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) $713.00 | $713 | 0

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

B 6E (Official Form 6E) (12/07) – Cont.

In re _TAWN SANDERS_____,    Case No. _____
         **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 816053  Office of the secretary of state, 501 S 2nd, Springfield Il 62756 | | Debtor | 4-08-08 | | | | 300 | 300 | |
| Account No. VN0846366  Illinois tollway P.O. Box 5206 Lisle, Ill 60532 | | Debtor | H-08-08 | | | | $311.40 | $311.40 | |
| Account No. 37497596  Advance America 482 N. weber Romeoulle, Il 60446 Custome # 2068858 | | Debtor | 4-16-08 | | | | 1,286 | 1,286 | |
| Account No. 815586446  AT&T P.O BOX 8100 Aurora, IL 60507 | | Debtor | 4-22-2008 | | | | $339.56 | $339.56 | |

Sheet no. _5_ of _13_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $2,236.96    $2,236.94    0

Total▶ $ _____
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____    $ _____

B 6E (Official Form 6E) (12/07) – Cont.

In re TAWAN SANDERS _____,    Case No. _____
        **Debtor**                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 1SC4521 motts foods | | Debtor | 2-2005 | | | | $744.00 | 744.00 | |
| Account No. 2SC2022 first federal Saving | | Debtor | 4-2004 | | | | $787.00 | 787.00 | |
| Account No. 3SC9335 first federal saving | | Debtor | 3-2004 | | | | $607.00 | 607.00 | |
| Account No. 7SC7272 Citi finacial Inc 300 St Paul Place Baltimore ND 21202 | | Debtor | 1-2006 | | | | $1,261 | 1,261 | |

Sheet no. 6 of 13 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $3,399    $3,399

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)    $

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (12/07) – Cont.

In re _TAWAN SANDERS_____,     Case No. _____
         **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2764 STATE Collections P.O. BOX 6250 Madison WI 53701 | | Debtor | 06-2004 Collection Account | | | | 284.00 | 284.00 | |
| Account No. 4892 CRD PRT Assoc ATT Broadband | | Debtor | 11-2001 | | | | $174.00 | $174.00 | |
| Account No. 2948 UCB Collections 5620 Southwyck Milwaukee WI 53200 | | Debtor | 01-2002 | | | | 63.00 | 63.00 | |
| Account No. 7871 Professional Placements 316 N. Milwaukee Milwaukee WI 53200 | | Debtor | 05-2006 | | | | 160 | 160.00 | |

Sheet no. _7_ of _13_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)     $681     $681

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $

B 6E (Official Form 6E) (12/07) – Cont.

In re TAWAN LAVERNE SANDERS ,    Case No. _____
_____
Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8003 Check advance Jefferson Capital Systems 16 McLeland Rd St Cloud MN 56303 | | Debtor | 12-2005 account status closed | | | | $134.00 | 134.00 | |
| Account No. 9370 National Account Services US Bank 1246 University ave St Paul MN 55104 | | Debtor | 01-2008 Collection account | | | | $526.00 | $526.00 | |
| Account No. 7480 America Cov k-mart 1246 University Ave ST Paul MN 55104 | | Debtor | 10-2001 Collection account | | | | $72.00 | $72.00 | |
| Account No. 8673 CRD State Collection Comp P.O. Box 6250 madison WI 53704 | | Debtor | 01-2003 Collection account | | | | $253.00 | $253.00 | |

Sheet no. 8 of 13 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 985.00    $ 985.00    ○

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (12/07) – Cont.

In re _____,    Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 110108000-005 Village of Romeoville 13 Montrose Drive Romeoville Il 60446 | | Debtor | 600 9/27-2007 | | | | 600 | 600 | |
| Account No. VW08150395 Illinois tollway PO Box 5201 Lisle, Il 60532 | | Debtor | 01-18- 2008 | | | | $848.00 | $848.00 | |
| Account No. 010706549-02 Afni, Inc PO Box 3427 bloomington Il 61702 | | Debtor | 1-30-2008 | | | | $89.88 | $89.88 | |
| Account No. 1175363674 Woodforest Bank 420 S weber Rd Romeoville, Il 60446 | | Debtor | 2-12-2008 | | | | 1,200 | 1,200 | |

Sheet no. 10 of 13 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals▶ (Totals of this page) | $2,737.88 | $2,737.88 | 0 |
|---|---|---|---|---|
|  | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (12/07) – Cont.

In re TAWAN LAVERNE SANDERS ,  Case No. _____
  Debtor                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 18237192720<br>US BANK CORP.<br>Cincinnati OH | | Debtor | 12-20-2005 | | | | $272.76 | $272.76 | |
| Account No. 18237283609<br>US BANK CORP<br>Cincinnati OH | | Debtor | 12-29-06 | | | | $526.14 | $526.14 | |
| Account No. 18237283609 | | | | | | | | | |
| Account No. 1008105655<br>Associated bank<br>Lacrose, WI | | Debtor | 3-2007 | | | | 1,800 | 1,800 | |

Sheet no. 12 of 13 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ► (Totals of this page) | $2598 | $2598 | 0

Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |

Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

B 6E (Official Form 6E) (12/07) – Cont.

In re Tawan Sanders, Case No. _____
           Debtor                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8673 CRD PRT Comcast Credit protection One Galleria tower Dallas TX 75240 | | Debtor | 10-2007 Collection account | | | | $788.00 | $788.00 | |
| Account No. 0122 National accounts & Wad P.O. Box 44207 Madison WI 53744 | | Debtor | 11-2007 Collection account | | | | $229.00 | $229.00 | |
| Account No. 5510 Med -Rev Recovies 1217 Milton Ave Syracuse NY 13209 | | Debtor | 09-2002 Collection account | | | | $469.00 | $469.00 | |
| Account No. 0013 He Stavrs Agency 6425 Odana Rd Madison WI 53715 | | Debtor | $55.00 Collection account | | | | $55.00 | $55.00 | |

Sheet no. 13 of 15 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) $1,541 | $1,541

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07) — Cont.

In re _Tawan Sanders_____,   Case No. _____
   **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 1167285853 Wolpoff & Abramson 301 Carlson Parkway Suite 303 Minnetonka MN 55305 | | | | | | | 1,756 | 1,756 54 | — |
| Account No. 4123-11-4979 One Geico plaza bethesda, MD 20811-6001 | | | | | | | 201.08 | 201.08 | — |
| Account No. 3708/223737342 TRS Recovery 5251 Westheimer Houston, TX 77056 Walmart 4531 | | | | | | | 76.02 | 76.02 | |
| Account No. 3708/223737607 5251 Westheimer Houston, TX 77056 TRS Recovery Walmart NO 4531 | | | | | | | 76.02 | 76.02 | — |

Sheet no. _14_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 2,109.68    $ 2,109.68

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)    $

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (12/07) – Cont.

In re _Tawan L Sanders_ _____   Case No. _____
               Debtor                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3708122372745C TRS Recovery Service 5251 Westheimer Houston, TX 77056 | | | | | | | 93.31 | 93.31 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _15_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) | $ 93.31 | $ 93.31

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 32,647

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ 32,647 | $

B 6F (Official Form 6F) (12/07) - Cont.

In re TAWAN LAVERNE SANDERS ,
_____
        Debtor

Case No. _____
                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8553 First federal bank P.O. Box 1868 Lacrosse WI 54601 | | Debtor | Collection Account 12-2001 first federal | | | | $608.00 |
| ACCOUNT NO. 5527 Citi financial P.O Box B499 | | Debtor | over due payment 120 days 12-2006 | | | | 2,538.00 |
| ACCOUNT NO. 2309 Nicor gas 1844 Ferry Rd Napperville Il 60563 | | Debtor | 90 days past due Utility company | | | | $748.00 |
| ACCOUNT NO. 0008 Sallie Mae P.O. Box 9500 Wilkes Barre PA 18773 | | Debtor | 09-2005 paying as greed 09-2005 | | | | 1,005.00 |
| ACCOUNT NO. 5709 WI electric 233 W. Everitt Milwaukee WI 53201 | | Debtor | 11-2002 Account Status closed | | | | 1,134 |

Sheet no. 9 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $6,093

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B-6F (Official Form 6F) (12/07)

In re TAWAN LAVERNE SANDERS,
_____
Debtor

Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XX2010 <br> U.S. Dept education | Debtor | Debtor | January 2006 <br><br> Department Education | | | | $356.00 |
| ACCOUNT NO. 4273 <br> Verizon North <br> P O BOX 165018 <br> Columbus OH 43216 | | Debtor | Feb 2006 <br> Account Status Closed <br> Utility Company | | | | $533.00 |
| ACCOUNT NO. 1341 <br> Verizon North <br> P.O. BOX 165018 <br> Columbus OH 43216 | | Debtor | November 2004 <br> Closed account status <br> Utility company | | | | 1,026.00 |
| ACCOUNT NO. 5055 <br> FST FED CAP <br> P.O. BOX 1868 <br> LaCrosse, WI 54601 | | Debtor | First federal <br> Account Status <br> Collection account <br> 06-2003 | | | | $787.00 |

11 of 13
_____ continuation sheets attached

Subtotal ▶  $ 2,702

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re _Tawan Laverne Sanders_____,    Case No._____
          **Debtor**                                           **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re _TAWAN LAVERNE SANDERS_____,   Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  Awan Laurne Sanders                              Case No. _____

_____Debtor_____                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Tronjoux Davis,  Arcades J. Williams  AGE(S):  6, 11 | |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | Social Security disability | |
| Name of Employer | — | |
| How long employed | 5 yrs | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ —   $ — | $ _____ |
| 2. Estimate monthly overtime | $ — | |
| 3. SUBTOTAL | $ — | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ — | $ _____ |
| b. Insurance | $ — | $ _____ |
| c. Union dues | $ — | $ _____ |
| d. Other (Specify): _____ | $ — | $ _____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ — | $ _____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ — | $ _____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ — | $ _____ |
| 8. Income from real property | $ — | $ _____ |
| 9. Interest and dividends | $ — | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 755.00 child support | $ _____ |
| 11. Social security or government assistance (Specify): Food stamps 426.00  Social security 545.00 | $ 545.00 | $ _____ |
| 12. Pension or retirement income | $ — | $ _____ |
| 13. Other monthly income (Specify): _____ | $ — | $ _____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,726 | $ _____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 1,726 | $ _____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,726 monthly | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

**B6J (Official Form 6J) (12/07)**

In re _TAWAN LAVERNE SANDERS_,                     Case No. _____
　　　　　　**Debtor**                                                     **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

　　Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐　Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)　　　　　　　　　Monthly ← 277 monthly
　　a. Are real estate taxes included?　　　Yes _____　No ✓
　　b. Is property insurance included?　　　Yes _____　No ✓
2. Utilities:　a. Electricity and heating fuel　　　　　　　　　　　　　　　　$ 390 monthly
　　　　　　b. Water and sewer　　　　　　　　　　　　　　　　　　　　$ 120 monthly
　　　　　　c. Telephone　　　　　　　　　　　　　　　　　　　　　　$ 60 month
　　　　　　d. Other _____　　$ _____
3. Home maintenance (repairs and upkeep)　　　　　　　　　　　　　　　　$ 40 monthly
4. Food　　——　Provided by aid to depended　　Aid to   $ 400 month
5. Clothing　　　　children 426.00 monthly　　　Depend and   food stamps $ 200 yearly
6. Laundry and dry cleaning　　　　　　　　　　　　　　　　　　　　　$ 60
7. Medical and dental expenses　　　　　　　　　　　　　　Medicare   $ 0
8. Transportation (not including car payments)　　　　　　Medicaid   $ 1.80 month
9. Recreation, clubs and entertainment, newspapers, magazines, etc.　　　　$ 30 Sewers
10. Charitable contributions　　　　　　　　　　　　　　　　　　　　$ 0
11. Insurance (not deducted from wages or included in home mortgage payments)
　　　a. Homeowner's or renter's　　　　　　　　　　　　　　　　　　$ 0
　　　b. Life　　　　　　　　　　　　　　　　　　　　　　　　　$ 0
　　　c. Health　　　　　　　　　　　　　　　　　　　　　　　$ 0
　　　d. Auto　　Medicad + medicare insurance　　　　　　　　　$ 30 monthly
　　　e. Other　　　　　　　　　　　　　　　　　　　　　　　$ 0
12. Taxes (not deducted from wages or included in home mortgage payments)
　　(Specify) _____　　$ 0
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
　　　a. Auto _____　　$ 0
　　　b. Other _____　　$ 0
　　　c. Other _____　　$ 0
14. Alimony, maintenance, and support paid to others　　　　　　　　　$ 0
15. Payments for support of additional dependents not living at your home　　$ 0
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)　$ 0
17. Other _____　　$ 0
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,
　　if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)　$ ~~1,754~~　　1,707 monthly
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME　　total Includes food stamps ← for Department Of Social Services.
　　a. Average monthly income from Line 15 of Schedule I　　$ 1,726
　　b. Average monthly expenses from Line 18 above　　$ 1,707
　　c. Monthly net income (a. minus b.)　　_____

May 27, 2003

I Tawan Laverne Sanders has filed Chapter 7 bankruptcy due to my finical inabilites to keep up with my finical hardships. My income will not allow me to make payments nor arrange for payments in the near future. It deeply bothers me. I've recieved counseling and know that the best option for me is Chapter 7.

Thank You
Tawan L Sanders

815. 886. 4445

630 278. 1522

Tawan L. Sanders
Verification of identity





Tawan Laverne Sanders
Medicaid verification
front of Medicaid card

00025872



**Governor Blagojevich's
Healthcare Programs for Families**

FamilyCare

Moms ♡
& Babies

| Case ID Number | | | | Eligibility Period | | |
|---|---|---|---|---|---|---|
| 94 | 107 | 22 | 142662 | 05-01-08 | Through | 05-31-08 |

CASELOAD:   FHP

SANDERS, TAWAN
513 GARDINER CT
ROMEOVILLE, IL 60446-1017

Services include Medicare deductible/coinsurance and Medicaid.
copays for generic prescriptions, lab, radiology, emergency or
family planning services. Adult copays are $2 for certain types
of medical visits, up to $3 per day for certain types of
inpatient hospital stays and $3 for brand name prescriptions.

121456123        HFS 469KC (R-4-06)                23-050106                   R478 0234

2 of 2 pages

Tawan Sanders

Medicaid verification

back of medical card

| 05-01-08 Eligibility Period 05-31-08 Through | Case ID Number: 94 107 22    142662 | | 00025872 |
|---|---|---|---|

SANDERS, TAWAN
513 GARDINER CT ROMEOVILLE, IL

**ONLY THE FOLLOWING PERSONS ARE ELIGIBLE:**

TAWAN       SANDERS            ID#:189054182  DOB:05-30-76   PART:A
  QMB/MEDICAL
ARCADES     WILLIAMS           ID#:189052608  DOB:05-06-96
  MEDICAL
TIONJOUR    DAVIS              ID#:189052616  DOB:01-05-03
  MEDICAL
*********************************************************************
            TOTAL NUMBER OF ELIGIBLE PERSONS:  3

       ALL KIDS ASSIST/FAMILYCARE ASSIST/MOMS & BABIES

          -Please see front of card for important information-

Verification of Child Support
for son Arcades J. William
this stub is per week

Tawan L. Sanders



 **Michigan State Disbursement Unit**
PO Box 30353
Lansing, MI 48909-7853

Page 1 of 1
Check Number:   0020936522
Check Date:     03/30/2008

20080330 000267 000000001 0020936522
**TAWAN L SANDERS**
**513 GARDINER CT**
**ROMEOVILLE IL 60446-1017**

 

Docket FIPS: 1996042221DP-2615900
Obligor:  ARCADES WILLIAMS
Date Collected: 03/29/2008

Amount Collected: $9.23
SSN: *** ** ****
Receipt Type:

Docket FIPS: 1996042221DP-2615900
Obligor:  ARCADES WILLIAMS
Date Collected: 03/29/2008

Amount Collected: $15.74
SSN: *** ** ****
Receipt Type:

Docket FIPS: 1996042221DP-2615900
Obligor:  ARCADES WILLIAMS
Date Collected: 03/29/2008

Amount Collected: $29.29
SSN: *** ** ****
Receipt Type:

*Verification of stamps (or food)*
*that's in the*
*monthly budget*

**DHS**

*(Tawan Laverne*
*Sanders)*

Rod R. Blagojevich, Governor                    Carol L. Adams, Ph.D., Secretary

100 South Grand Avenue East ● Springfield, Illinois 62763
401 South Clinton ● Chicago, Illinois 60607

Date: April 14, 2008
Recipient:
Recipient Number:
Case Name: SANDERS, TAWAN
Case Number: 94-107-22-142662

TO WHOM IT MAY CONCERN:

Please be advised the following person(s) receives:

FOOD STAMPS IN THE AMOUNT OF $ 426.00          MONTHLY.

CASH IN THE AMOUNT OF $                  MONTHLY.

MEDICAL FOR THE FOLLOWING:

TAWAN SANDERS

ARCADES WILLIAMS

TIONJOUR DAVIS

Respectfully,

The caseworker  can be reached at  (815) 740-5350.

If you wish to contact your DHS office, you may write us at the Family Community Resource Center Will  County, 45 East
Webster St., Joliet, IL 60432-4967.  Our phone numbers are: PHONE (815) 740-5350, TTY (866) 322-2586, and FAX
740-5313.

IL-444-100 (1/03)   SP

# Social Security Administration
## Supplemental Security Income
Important Information

*Verification Of Social Security Income*

6011 ODANA RD
MADISON WI 53719

Date: March 31, 2008
Claim Number: 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 DI

000027744 01 M8   0.360   0324,M02,110
536 08S1841H84636

TAWAN LAVERNE SANDERS
513 GARDINER CT
ROMEOVILLE IL 60446-1017

Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security Income (SSI) payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for months in the past. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last pages of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

## Your Payments Will Be Changed As Follows:

| From | Through | Amount Due Each Month |
|------|---------|-----------------------|
| April 1, 2007 | August 31, 2007 | $24.17 |
| May 1, 2008 | Continuing | $124.00 |

## Why Your Payments Changed

Because of your income, you were not eligible to receive Supplemental Security Income payments for March 2007.

## Information About Your SSI Payments

This action does not change your current payment amount.

See Next Page

SSA-L8166

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
03/31/2008

## HOW WE FIGURED YOUR PAYMENT FOR April 2007 THROUGH June 2007

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $623.00 |
| Minus (-) "Total income we count" (see below) | −598.83 |

**Total Monthly SSI Payment
for April 2007 through June 2007**            $ 24.17

### Your Income Other Than Your SSI

Income you receive in April 2007 affects your payment for April 2007 through June 2007

| | | |
|---|---|---|
| Social Security benefits | $521.00 | |
| By law we don't count $20.00 of above income | − 20.00 | |
| Subtotal of above income we count | $501.00 | $501.00 |
| | | |
| Wages | $260.66 | |
| By law we don't count $65.00 of wages | − 65.00 | |
| By law we don't count 1/2 of this amount | $195.66 | |
| 1/2 of $195.66 = $97.83 | − 97.83 | |
| Subtotal of wages we count | $ 97.83 | + 97.83 |

**Total income we count**                         $598.83

SSA-L8166

# Voucher
## Housing Choice Voucher Program

U.S. Department of Housing
and Urban Development
Office of Public and Indian Housing

OMB No. 2577-0169
(exp. 9/30/2002)

Public Reporting Burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This collection of information is authorized under Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f).  The information is used to authorize a family to look for an eligible unit and specifies the size of the unit.  The information also sets forth the family's obligations under the Housing Choice Voucher Program.
Please read entire document before completing form.
Fill in all blanks below.  Type or print clearly.

| | Voucher Number |
|---|---|
| 1. Insert unit size in number of bedrooms.  (This is the number of bedrooms for which the Family qualifies, and is used in determining the amount of assistance to be paid on behalf of the Family to the owner.) | 1. Unit Size  3 |
| 2. Date Voucher Issued (mm/dd/yyyy)  Insert actual date the Voucher is issued to the Family. | 2. Issue Date (mm/dd/yyyy)  2/7/07 |
| 3. Date Voucher Expires (mm/dd/yyyy)  Insert date sixty days after date Voucher is issued.  (See Section 6 of this form.) | 3. Expiration Date (mm/dd/yyyy)  4/7/07 |
| 4. Date Extension Expires (if applicable)(mm/dd/yyyy)  (See Section 6. of this form) | 4. Date Extension Expires (mm/dd/yyyy) |
| 5. Name of Family Representative   Ja'Mar Sanders | 6. Signature of Family Representative    Date Signed (mm/dd/yyyy) |

7. Name of Public Housing Agency (PHA)

HOUSING AUTHORITY OF JOLIET

| 8. Name and Title of PHA Official   H. Owens Hsr Rep | 9. Signature of PHA Official   Date Signed (mm/dd/yyyy)  7/10/07 |
|---|---|

## 1. Housing Choice Voucher Program

A. The public housing agency (PHA) has determined that the above named family (item 5) is eligible to participate in the housing choice voucher program.  Under this program, the family chooses a decent, safe and sanitary unit to live in.  If the owner agrees to lease the unit to the family under the housing choice voucher program, and if the PHA approves the unit, the PHA will enter into a housing assistance payments (HAP) contract with the owner to make monthly payments to the owner to help the family pay the rent.

B. The PHA determines the amount of the monthly housing assistance payment to be paid to the owner.  Generally, the monthly housing assistance payment by the PHA is the difference between the applicable payment standard and 30 percent of monthly adjusted family income.  In determining the maximum  initial housing assistance payment for the family, the PHA will use the payment standard in effect on the date the tenancy is approved by the PHA.  The family may choose to rent a unit for more than the payment standard, but this choice does not change the amount of the PHA's assistance payment.  The actual amount of the PHA's assistance payment will be determined using the gross rent for the unit selected by the family.

## 2. Voucher

A. When issuing this voucher the PHA expects that if the family finds an approvable unit, the PHA will have the money available to enter into a  HAP contract with the owner.  However, the PHA is under no obligation to the family, to any owner, or to any other person, to approve a tenancy.  The PHA does not have any liability to any party by the issuance of this voucher.

B. The  voucher does not give the family any right to participate in the PHA's  housing choice voucher program.  The family becomes a participant in the PHA's housing choice voucher program when the HAP contract between the PHA and the owner takes effect.

C. During the initial or any extended term of this voucher, the PHA may require the family to report progress in leasing a unit at such intervals and times as determined by the PHA.

## 3. PHA Approval or Disapproval of Unit or Lease

A. When the family finds a suitable unit where the owner is willing to participate in the program, the family must give the PHA the request for tenancy approval (on the form supplied by the PHA), signed by the owner and the family, and a copy of the lease, including the HUD-prescribed tenancy addendum.  Note: Both documents must be given to the PHA no later than the expiration date stated in item 3 or 4 on top of page one of this voucher.

B. The family must submit these documents in the manner that is required by the PHA.  PHA policy may prohibit the family from submitting more than one request for tenancy approval at a time.

C. The lease must include, word-for-word, all provisions of the tenancy addendum required by HUD and supplied by the PHA.  This is done by adding the HUD tenancy addendum to the lease used by the owner.  If there is a difference between any provisions of the HUD tenancy addendum and any provisions of the owner's lease, the provisions of the HUD tenancy addendum shall control.

Previous editions are obsolete

form HUD-52646  (7/2000)
ref. Handbook 7420.8

7/15/00